

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

UNITED STATES OF AMERICA

0208 7:23CR00269- 001 (CS)

- against -

ORDER

George Cotton,

            Defendant

--------------------------------------------------------x

    It is hereby ORDERED that the Clerk of the Court pay the attached invoice submitted by Empire State Forensics, in the amount of $5,000, for professional services rendered in connection with the above captioned case.

SO ORDERED,

Dated: White Plains, New York
      3/13, 2024

                                            Honorable Cathy Seibel
                                            U.S. District Judge